UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRAVELERS INDEMNITY COMPANY OF                    :
AMERICA,                                          :
:
               Plaintiff,                     :          25-CV-10403 (JMF)
:
       -v-                                    :          ORDER
:
ACCREDITED SURETY AND CASUALTY                    :
COMPANY, INC.,                                    :
:
             Defendant.                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **December 26, 2025**, Defendant was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 9.  To date, Defendant has failed to appear in this action. No later than **January 27, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: January 20, 2026
      New York, New York                    _____
                                 JESSE M. FURMAN
                             United States District Judge